### HARLAN *v.* WATSON ET AL.

SUPREME COURT.—*Notice.*—Where notice is not given to co-parties not joining in an appeal to the Supreme Court, as required by section 551 of the code, the appeal will be dismissed.

SAME—*Parties.—Guardian ad Litem.*—A guardian *ad litem* cannot appeal to the Supreme Court in his own name.

APPEAL from the Tipton Circuit Court.

DOWNEY, J.—This action was commenced by the appellees against Joshua K. Harlan, Sr., Arttissa Harlan, Joshua K. Harlan, Jr., John O. Harlan, Rosa B. Harlan, and Josiah M. Clark, to set aside certain conveyances as made to defraud creditors. There was judgment against the defendants. Part of them appeal, and the assignment of errors is by Arttissa Harlan alone, in her own behalf and as guardian *ad litem* for Joshua K. Harlan, Jr., John C. Harlan, and Rosa B. Harlan.

We think the appeal will have to be dismissed. A guardian *ad litem* cannot appeal in his or her own name. But in addition to this there is no appeal by the other defendants, nor is any notice served on them, as required by 2 G. & H. 270, sec. 551; and see *Kirby* v. *Holmes,* 6 Ind. 33.

The appeal is dismissed, with costs.

*D. Moss* and *N. R. Overman,* for appellant.

*J. W. Robinson, J. Green,* and *D. Waugh,* for appellees.